UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Allstate Insurance Company,                Case No. 3:18-cv-1710

       Plaintiff

v.                                        ORDER

Amazon.com, Inc.,

       Defendant

Upon review of the docket in this case, this Court finds recusal is appropriate.  Pursuant to 28 U.S.C. § 455(b)(4), this Court has "a financial interest . . . in a party to the proceeding."  This case is returned to the Clerk's Office for reassignment.

So Ordered.

                                                s/ Jeffrey J. Helmick
                                                United States District Judge