Granted.
Answer due August 29, 2018.

s/ Jack Zouhary
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | ) | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:18-CV-1710 |
| | ) | |
| v. | ) | JUDGE JACK ZOUHARY |
| | ) | |
| AMAZON.COM, INC., | ) | MAGISTRATE JUDGE |
| | ) | JAMES R. KNEPP, II |
| Defendant. | ) | |
| | ) | |

**STIPULATED EXTENSION OF TIME TO MOVE OR PLEAD**

Plaintiff Allstate Insurance Company and Defendant Amazon.com, Inc. ("Amazon") hereby stipulate to a 30-day extension of time until August 29, 2018, for Defendant Amazon to move or plead in response to the Complaint. No previous extensions have been granted.

Respectfully submitted,

/s/ Brian Green
Brian Green (0063921)
Sean Burke (0087214)
Shapero & Green LLC
Signature Square II, Suite 220
25101 Chagrin Blvd.
Cleveland, Ohio 44122
Telephone: (216) 831-5100
Facsimile: (216) 831-9467
E-mail: bgreen@shaperolaw.com
　　　　 sburke@shaperolaw.com

*Attorneys for Plaintiff*
*Allstate Insurance Co.*

/s/ Joyce D. Edelman
Joyce D. Edelman (0023111)
C. Darcy Jalandoni (0086981)
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 227-2000
Facsimile: (614) 227-2100

E-Mail: jedelman@porterwright.com
　　　　　djalandoni@porterwright.com

*Attorneys for Defendant*
*Amazon.com, Inc.*

DMS/11439167v.1

1

- 2 -

## CERTIFICATE OF SERVICE

The foregoing *Stipulated Extension of Time to Move or Plead* was served on July 27, 2018 upon the following via the Court's electronic filing system, or if necessary, via electronic mail:

Brian Green (0063921)
Sean Burke (0087214)
Shapero & Green LLC
Signature Square II, Suite 220
25101 Chagrin Blvd.
E-mail: bgreen@shaperolaw.com
         sburke@shaperolaw.com
*Attorneys for Plaintiff*
*Allstate Insurance Co.*

                              /s/ Joyce D. Edelman
                              Joyce D. Edelman