UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | CASE NO. 3:18-CV-1710 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| -vs- | ) | <u>ORDER</u> |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, IT IS HEREBY ORDERED:

1. This Action is remanded to the Court of Common Pleas of Allen County, Ohio ("State Court").

2. Plaintiff is bound to seek no more than $75,000 in total, inclusive of interest, fees, and costs in State Court; and

3. Each Party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action.

SO ORDERED this <u>17th</u> day of August, 2018.

  <u>s/ Jack Zouhary</u>
JUDGE JACK ZOUHARY